# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RICKY LEE MEADOWS
ADC #136424                                                                                    PLAINTIFF

V.                              3:11CV00032 JMM/JTR

LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center, et al.                                    DEFENDANTS

## ORDER

Plaintiff, Ricky Lee Meadows, has filed a "Motion for Discovery," which appears to be interrogatories he would like Defendants to answer. *See* docket entry #15. The Court wishes to remind the Plaintiff that discovery requests and responses are NOT to be filed with the Court – and, instead, should be MAILED DIRECTLY to the opposing counsel, along with a certificate of service. *See* Fed. R. Civ. P. 5(d).

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's Motion for Discovery (docket entry #15) is DENIED.

2.   The Clerk is directed to REFRAIN FROM DOCKETING any future written discovery from Plaintiff.

Dated this 27th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE