# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RICKY LEE MEADOWS,
ADC #136424                                                                                  PLAINTIFF

V.                                    3:11CV00032 JMM/JTR

LUTHER WHITFIELD, Lieutenant,
Mississippi County Detention Center, et al.                                     DEFENDANTS

## ORDER

Plaintiff, Ricky Lee Meadows, commenced this *pro se* § 1983 action while he was a prisoner in the Arkansas Department of Correction. He has recently filed a Notice explaining that he has been released on parole and is now residing at a private address in Blytheville, Arkansas. *See* docket entry #18. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1] Accordingly, the Court will give Plaintiff thirty days to file an Amended Application to Proceed *In Forma Pauperis*.

Plaintiff's Notice includes a Second Motion for Appointment of Counsel. *Id.* On March 31, 2011, the Court denied Plaintiff's first Motion for Appointment of Counsel. *See* docket entry #11. Plaintiff has not set forth a sufficient basis for the

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

Court to reconsider that ruling. Accordingly, Plaintiff's Second Motion for Appointment of Counsel is denied.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2. Plaintiff shall file, **within thirty days of the entry of this Order**, an Amended Application to Proceed *In Forma Pauperis.*

3. Plaintiff is reminded that the failure to timely and properly comply with this Order will result in this case being dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

4. Plaintiff's Second Motion for Appointment of Counsel (docket entry #18) is DENIED.

Dated this 27th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE