*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RICK LEE MEADOWS                                                     PLAINTIFF

vs.                    CASE NO. 3:11cv00032 JMM

LUTHER WHITFIELD,                                            DEFENDANTS
BRIAN BETTS and
LAURIE WALLS

## ORDER OF DISMISSAL

The joint motion to dismiss due to settlement (DE #24) is granted. The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE